**OLSHAN**

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: TFLEMING@OLSHANLAW.COM
DIRECT DIAL: 212.451.2213

Application **GRANTED in part**. The Court does not ordinarily adjourn the initial conference pending the filing of responsive pleadings. The initial conference scheduled for May 11, 2022, is **ADJOURNED** to **May 18, 2022, at 4:10 p.m.** By **May 11, 2022**, the parties shall file a joint letter and proposed case management plan. (*See* Dkt. No. 11.) The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: May 3, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>BY ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

Re:   <u>DarkPulse, Inc. v. EMA Financial, LLC, et al.</u>, 22 Civ. 00045 (LGS)

Dear Judge Schofield,

We are counsel for Defendants EMA Financial, LLC, EMA Group, LLC, and Felicia Preston (collectively, "Defendants") in the above-referenced action. We write jointly with counsel for Plaintiff DarkPulse, Inc. ("Plaintiff") to request an adjournment of the joint letter due May 4, 2022, and the telephone conference scheduled for May 11, 2022, to dates in July 2022 or such time thereafter that is convenient for the Court.

Plaintiff commenced this action on January 4, 2022. On January 31, 2022, the Court ordered that the parties file a joint letter on May 4, 2022, and attend a telephonic conference on May 4, 2022 (the "Order"). (Dkt No. 11.) Plaintiff served two of the three Defendants in this action on April 13, 2022. The third Defendant, Felicia Preston, waived service of the summons and complaint on or about April 19, 2022. The parties have since agreed to extend the deadline for all Defendants to answer or move in response to the complaint in this action to June 21, 2022, the current deadline for Ms. Preston. (Dkt No. 26.) Accordingly, as Defendants do not expect to respond to the complaint until June 21, 2022, the parties jointly request an adjournment of the deadlines set forth in the Court's Order to July 2022 or such time thereafter that is convenient for the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Thomas J. Fleming*

Thomas J. Fleming

cc:   All counsel of record (via ECF)

OLSHAN   FROME   WOLOSKY   LLP                                          WWW.OLSHANLAW.COM
6263398-1