UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                            :
DARKPULSE, INC.,                                                 :
                             Plaintiff,       :       22 Civ. 45 (LGS)
                                                  :
            -against-                :       <u>ORDER</u>
                                                  :
EMA FINANCIAL, LLC, et al.,                 :
                            Defendants.      :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 20, 2022, Defendants filed a pre-motion letter in anticipation of a motion to dismiss the operative complaint (the "Motion"). (Dkt. No. 34.)

      WHEREAS, on May 26, 2022, Plaintiff filed a response. (Dkt. No. 36.) It is hereby

      **ORDERED** that, by **June 22, 2022**, Defendants shall answer the amended complaint or file the Motion, which shall be briefed according to the following schedule:

- By **June 22, 2022**, Defendants shall file the Motion with a memorandum of law not to exceed 25 pages.
- By **July 13, 2022**, Plaintiff shall file any opposition, not to exceed 25 pages.
- By **July 22, 2022**, Defendant shall file any reply in support of the Motion, not to exceed 10 pages.

The parties shall comply with this Court's Individual Rules in filing the Motion and supporting papers.

Dated: June 3, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE