UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARKPULSE, INC.,

                Plaintiff,

  -against-

EMA FINANCIAL, LLC, EMA GROUP, LLC, and FELICIA PRESTON,

                Defendants.

22 Civ. 00045 (LGS)

**DECLARATION OF KERRIN T. KLEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

    KERRIN T. KLEIN hereby declares under penalty of perjury:

    1.    I am a member of the Bars of this Court and the State of New York, and an attorney with Olshan Frome Wolosky, LLP, counsel for Defendants. This Declaration is submitted in support of Defendants' Motion to Dismiss against Plaintiff DarkPulse, Inc. ("DarkPulse").

    2.    Annexed hereto as Exhibit A are true and correct excerpts of DarkPulse's Form 424B4 Prospectus filed with the U.S. Securities and Exchange Commission on or about May 3, 2022.

    3.    Annexed hereto as Exhibit B are true and correct excerpts of DarkPulse's Form 10-Q Quarterly Report filed with the U.S. Securities and Exchange Commission on or about May 16, 2022.

    4.    Annexed hereto as Exhibit C are true and correct excerpts of DarkPulse's Form 10-K Annual Report filed with the U.S. Securities and Exchange Commission on or about April 16, 2019.

    5.    Annexed hereto as Exhibit D are true and correct excerpts of DarkPulse's Form S-1/A filed with the U.S. Securities and Exchange Commission on or about December 9, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of June, 2022

                                                                             Kerrin T. Klein

6326863-1