UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARKPULSE, INC.,

                         Plaintiff,

-against-                           22 Civ. 45 (LGS)

EMA FINANCIAL, LLC, et al.,                    ORDER

                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan and Scheduling Order, issued on May 13, 2022, set a conference for October 26, 2022, at 4:10 p.m. to discuss any anticipated dispositive motions following the close of discovery.

      WHEREAS, on June 22, 2022, Defendants filed a motion to dismiss.  An Order issued on June 24, 2022, stayed discovery pending a decision on the motion to dismiss, pursuant to 15 U.S.C. § 77z-1.  It is hereby

      **ORDERED** that the October 26, 2022, conference is **ADJOURNED** *sine die.*

Dated: October 20, 2022
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE