# OLSHAN

1325 AVENUE OF THE AMERICAS ■ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ■ FACSIMILE: 212.451.2222

EMAIL: KKLEIN@OLSHANLAW.COM
DIRECT DIAL: 212.451.2239

March 13, 2023

<u>BY ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

Re:   <u>DarkPulse, Inc. v. EMA Financial, LLC, et al.</u>, 22 Civ. 00045 (LGS)

Dear Judge Schofield,

We are counsel for Defendants EMA Financial, LLC, EMA Group, LLC, and Felicia Preston (collectively, "Defendants") in the above-referenced action. We submit this letter pursuant to Section B.2. of Your Honor's Individual Rules and Procedures for Civil Cases to request a nine-day extension of the deadline for Defendants to serve their responsive pleading in this action. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the original due date is March 15, 2023, and the new due date would be March 24, 2023. This is Defendants' first request for an extension of time. The requested extension will not affect any other deadlines in this action. We have conferred with counsel for Plaintiff, who has stated that Plaintiff consents to the requested extension.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Kerrin T. Klein

Kerrin T. Klein

cc:   All counsel of record