UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARKPULSE, INC.,
                                  Plaintiff,          22 Civ. 45 (LGS)

           -against-                            ORDER

EMA FINANCIAL, LLC, et al.,
                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 13, 2023, the parties submitted a joint letter and proposed case management plan, pursuant to an Opinion and Order issued March 1, 2023. No significant issues were raised in these materials. It is hereby

      **ORDERED** that the parties' request for a referral to the S.D.N.Y. Mediation Program is **GRANTED.** An order referring the parties to mediation will issue separately. The case management plan and scheduling order will also issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 14, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE